**Dismissed and Memorandum Opinion filed January 9, 2014.**



In The

# Fourteenth Court of Appeals

## NOS. 14-13-01120-CR & 14-13-01121-CR

**ALFREDO URDIALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 1374775**

## M E M O R A N D U M   O P I N I O N

On October 11, 2013, appellant filed a pro se notice of appeal from the trial court's denial of his pre-trial motion to remove his counsel. On November 8, 2013, appellant filed a pro se notice of appeal from the denial of his motion to dismiss the charges against him. Separate appeals were then assigned to this court.

On December 27, 2013, appellant advised this court that his trial date has been postponed, and there is no judgment of conviction in the underlying case.

Appellant stated that he filed these notices of appeal to preserve his complaints in the event he is later convicted, and he does not intend to proceed with interlocutory appeals of these rulings. We construe appellant's letters as motions to dismiss his appeals. *See* Tex. R. App. P. 42.2(a).

Accordingly, we grant appellant's request and order these appeals dismissed without prejudice to appellant's right to appeal if he is later convicted.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).